UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------- x
JOHNATHAN HOLLAND,

              Petitioner,      ORDER

     - against -

                                  Civil Action No.
HANS WALKER, Superintendant,     CV-99-5800 (DGT)

              Respondent.
------------------------------------------------- x

TRAGER, J.

     On September 20, 1999, petitioner filed the above-captioned case seeking a writ of habeas corpus for alleged constitutional violations stemming from his state court convictions for four separate robberies of victims Laura Effel, Keith Brooks, David Funck and David Acus. The petition was referred to United States Magistrate Judge Marilyn D. Go for a Report and Recommendation.

     On February 11, 2005, Judge Go issued a Report and Recommendation recommending that the petition be denied, that any request for a stay be denied and that any application for a certificate of appealability by the petitioner be denied. Petitioner's counsel filed objections pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure on March 17, 2005, and petitioner separately filed objections pro se on that same day.

     Both objections are essentially rearguments of arguments made to the magistrate. On the central issue of whether the lineup procedure was unduly suggestive, petitioner's counsel has argued in her objections that in the lineup petitioner "was

sweaty, leaning forward while the other fillers sat calmly . . .
. The identifiers ha[d] just been told that the defendant was
making trouble so they knew who the police had already identified
as the robber . . . ."  This characterization oversimplifies the
record.  Although two of the four identifiers testified that a
detective entered the waiting room prior to the lineup and told
the witnesses that the suspect was being difficult, one
identifier testified that she did not remember the detective
making such a statement.  Furthermore, as Judge Go noted, each
witness testified that "his or her identification of the
defendant at the lineup was not affected by the shouting,
discussions with other witnesses or any other event prior to
viewing the lineup."  R&R at 11.  Judge Go's conclusion that the
state court's decision that the lineups were properly conducted
is, therefore, neither an unreasonable application of federal law
nor based on unreasonable determinations of the facts is well-
supported.  After an independent review of the record and the
thorough and detailed Report and Recommendation, the court agrees
with Judge Go's Report and Recommendation.  Accordingly, it is
hereby

ORDERED that the Court adopts the Report and Recommendation
and petitioner's application for writ of habeas corpus is
dismissed.  Further, a certificate of appealability shall not
issue because petitioner has not demonstrated a substantial

showing of a constitutional violation.  See 28 U.S.C. §2253(c)(2).  The Clerk of the Court is directed to enter judgment and close the case.


Dated:    Brooklyn, New York
          September 27, 2005
                                    SO ORDERED:


                                    ___/s/_____
                                    David G. Trager
                                    United States District Judge

SENT TO:

Hon. Marilyn D. Go
United States Magistrate Judge

Johnathan Holland
#96A0607
Shawangunk Correctional Facility
P.O. Box 700
Wallkill, NY 12589

Eleanor Jackson Piel
36 West 44th Street
New York, NY 10036

Monique Ferrell
Kings County District Attorney
Renaissance Plaza
350 Jay Street
Brooklyn, NY 11201-2908