UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOHNATHAN HOLLAND,

                Petitioner,

-against-

HANS WALKER, Superintendent,

                Respondent.
----------------------------------------------------------------X

JUDGMENT
99-CV- 5800 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 3 0 2005 ★
BROOKLYN OFFICE

An Order of Honorable David G. Trager, United States District Judge, having been filed on September 27, 2005, adopting the Report and Recommendation of Magistrate Judge Marilyn D. Go, dated February 11, 2005, after an independent review of the record; dismissing petitioner's application for a writ of habeas corpus; and ordering that a Certificate of Appealability shall not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Report and Recommendation of Magistrate Judge Marilyn D. Go is adopted; that petitioner's application for a writ of habeas corpus is dismissed; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
       September 28, 2005

                                                  s/Robert C. Heinemann
                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court